UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | 8:25-cv-00074-FWS-DFMx | | Date | March 13, 2026 |
| Title | Jorge Ramirez v. FCA US LLC et al | | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

Priscilla Deason for
Rolls Royce Paschal                                      Not Reported
Deputy Clerk                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                             None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT [18]**

---

The court, having been advised by a Notice of Settlement [18] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

_____  _  :  _____  _

Initials of Deputy Clerk    pd/rrp

CC: